UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN THE MATTER OF THE PETITION OF
FRED LEVINE, AS OWNER OF A 1991     Docket No.: 09cv5363 (LDW) (WDW)
37 FOOT LEGEND SAILING VESSEL,
FOR EXONERATION FROM AND            NOTICE OF ADDRESS CHANGE
LIMITATION OF LIABILITY,
-------------------------------------------------------X

PLEASE TAKE NOTICE that the address and the telephone number of Daniel J. Hansen, the attorney for the claimant John Spahr, has changed to 767 Third Avenue, 24th Floor, New York, NY 10017 (212) 697-3701 and that all demands that all papers and communications be directed to that address.

Dated: New York, New York
       July 19, 2011

                                    _____
                                    Daniel J. Hansen, Esq.
                                    Attorney for Claimant John Spahr
                                    767 Third Avenue, 24th Floor
                                    New York, New York 10017
                                    (212) 697-3701

To:    Nicoletti Horning & Sweeney
       Attorneys for Petitioner Levine
       88 Pine Street, Seventh Floor
       New York 10005

       Rubin Fiorella & Friedman
       Attorneys for Respondent Korn
       292 Madison Avenue
       New York, NY 10017