——— LAW OFFICES OF ———
# DANIEL J. HANSEN

767 Third Avenue, 24th Floor
New York, New York 10017

Telephone: 212-697-3701 • Fax: 212-918-9197

September 14, 2011


Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
United States Federal Courthouse
Central Islip, NY 11722

      Re:    In the Matter of the Petition of Fred Levine
                  Docket No.: 09 cv 5363 (LDW) (WDW)

Your Honor:

I represent the Claimant John Spahr.

Given the pre-trial conference held on September 12, 2011 and the scheduled trial date of November 7, 2011, the claimant Spahr withdraws his letter request for a pre-motion conference (docket #21) and withdraws the proposed stipulation (docket 21-2).

We look forward to trial before Your Honor on November 7, 2011.

Respectfully,

*[signature]*

Daniel J. Hansen (DJH: 0211)